371 A.2d 1309

Leitman v. R. H. Kuhn Co., Appellant.

Argued November 9, 1976. Frederick N. Frank, with him Robert Raphael, for appellant; Sheldon L. Keyser, with him Meyers & Keyser, for appellee.

Order affirmed.

CERCONE and SPAETH, JJ., dissent.

371 A.2d 1309

Marine National Bank, Appellant, v. Weldon et al.

Argued November 10, 1976. Clifford J. Kirvan, with him Richard W. Roeder, for appellant; John F. Potter and Wallace J. Knox, with them MacDonald, Illig, Jones & Britton, and Knox, Graham, McLaughlin, Gornall and Sennett, for appellees.

Order affirmed.